**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| THOMAS BOWMAN, | : | MOTION TO VACATE |
| Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL INDICTMENT NO. |
| | : | 1:17-CR-0189-LMM-CMS-1 |
| UNITED STATES, | : | |
| Respondent. | : | CIVIL FILE NO. |
| | : | 1:19-CV-5252-LMM-CMS |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

The matter is before the Court on submission of the Court's December 6, 2019, Order which addressed Movant's "Application for Habeas Corpus" (recharacterized as a 28 U.S.C. § 2255 motion and transferred to this Court). (Order of Dec. 6, 2019 at 2, ECF No. 70). In its December 6, 2019 Order, the Court required Movant, within thirty days, (1) to inform the Court that he was choosing to proceed under 28 U.S.C. § 2255 and to submit an amended § 2255 motion (with all of his § 2255 claims for relief and on the § 2255 form provided by the Clerk of Court) or (2) to withdraw his construed motion. (Id.). Movant was advised that, if he did not seek to amend or withdraw, the undersigned would recommend that this action be dismissed. (Id.).

The time period expired on Monday, January 6, 2020, and the matter again is before the Court.  Out of an abundance of caution, the Court has allowed Movant additional time in which to respond.  However, as of January 29, 2020, the records of the Clerk of Court indicate that Movant has not attempted to amend or otherwise respond.  The undersigned concludes that Movant does not wish to proceed.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** as it appears that Movant does not wish to proceed and based on his failure to comply with the Court's Order even though forewarned that the undersigned would recommend dismissal if he did not.  See LR 41.3(A)(2), NDGa.

**IT IS FURTHER RECOMMENDED** that a certificate of appealability be **DENIED**.

The Clerk is **DIRECTED** to terminate the referral of the 28 U.S.C. § 2255 motion to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 31st day of January, 2020.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE