IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS BOWMAN, | : | |
| | : | PRISONER HABEAS CORPUS |
| | : | 28 U.S.C. § 2255 |
| | : | |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:17-CR-189-LMM-CMS |
| v. | : | |
| | : | |
| UNITED STATES | : | CIVIL ACTION NO. |
| | : | 1:19-CV-5252-LMM-CMS |
| | : | |
| Respondent. | : | |

# **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [73], recommending that the Court dismiss Movant's action without prejudice and deny a certificate of appealability ("COA"). No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. This action is **DISMISSED, without prejudice** and a certificate of appealability is **DENIED.** The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 24th day of February, 2020.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE