IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS BOWMAN,           :
                         :      PRISONER HABEAS CORPUS
                         :      28 U.S.C. § 2255
                         :
      Movant,            :
                         :      CRIMINAL ACTION NO.
                         :      1:17-CR-189-LMM-CMS
v.                       :
                         :
UNITED STATES            :      CIVIL ACTION NO.
                         :      1:19-CV-5252-LMM-CMS
                         :
      Respondent.        :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [85], recommending that the Court deny Movant's motion to vacate, set aside, or correct his federal sentence and deny a certificate of appealability ("COA"). No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. This action is **DISMISSED,** and a certificate of appealability is **DENIED.** The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 16th day of April, 2020.

**Leigh Martin May**
**United States District Judge**